IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| JERI SHANE | § | |
| | § | |
| V. | § | NO. 1:04-CV-570 |
| | § | |
| CHEROKEE INSURANCE COMPANY | § § | |

**ORDER ADOPTING**
**MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

The court ordered that this matter be referred to the Honorable Earl S. Hines, United States Magistrate Judge for pretrial proceedings under Referral Order entered on June 22, 2005 (Docket No. 31). The court has received and considered the Report of the United States Magistrate Judge, who recommends that the court enter judgment pursuant to settlement upon receipt of closing papers from the parties.

The magistrate judge's report is hereby **ADOPTED**. The purpose of the referral having been served, it is further

**ORDERED** that the reference to the magistrate judge is **VACATED**.

**SIGNED** this the **28** day of **November, 2005.**

_____
Thad Heartfield
United States District Judge